IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| ALLIANCE FUNDING GROUP | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:22-cv-00210 |
| NO EVIL FOODS, INC., SADRAH SCHADEL, and MICHAEL WOLIANSKY | ) |
| Defendant. | ) |

## JOINT NOTICE OF SETTLEMENT

COMES NOW Plaintiff, Alliance Funding Group, and Defendants, No Evil Foods, Inc., Sadrah Schadel, and Michael Woliansky (collectively, the "Parties"), by and through their respective counsel, and hereby notify the Court that the Parties have reached an agreement to resolve this matter and are finalizing the settlement papers. The settlement documents will call for the filing of a dismissal of Plaintiff's claims with prejudice, subject to the Confession of Judgment executed by Defendants in support of the Parties' Settlement Agreement and without prejudice to said Confession of Judgment.

To preserve judicial economy, the parties request the Court abate all upcoming deadlines and settings while the parties finalize the settlement and file the dismissal papers.

1

Respectfully submitted,

/s/ *R. Andrew Hutchinson*
R. Andrew Hutchinson, N.C. Bar# 46764
BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.
602 Sevier Street, Suite 300
Johnson City, TN 37604
Phone: (423) 928-0181
Fax: (423) 928-5694
dhutchinson@bakerdonelson.com

*Attorney for Plaintiff Alliance Funding Group*

and

/s/ *Robert A. Cox, Jr.*
Robert A. Cox, Jr., N.C. Bar# 21998
Matthew Winer, N.C. Bar# 56222
HAMILTON STEPHENS STEELE + MARTIN, PLLC
525 North Tryon Street, Suite 1400
Charlotte, NC 28202
Phone: (704) 344-1117
Fax: (704) 344-1483
rcox@lawhssm.com

*Attorney for Defendant No Evil Foods, Inc.*

and

/s/ *Benjamin R. Eisner*
Benjamin R. Eisner, N.C. Bar# 42241
THE LAW OFFICES OF OLIVER & CHEEK, PLLC
405 Middle Street
P.O. Box 1548
New Bern, NC 28563
Office Phone: (252) 633-1930
Fax: (252) 633-1950
ben@olivercheek.com

*Attorney for Defendants Sadrah Schadel
 and Michael Woliansky*

2

4865-1877-1604v1
2917212-000014 12/07/2023
Case 1:22-cv-00210-MR-WCM   Document 17   Filed 12/07/23   Page 2 of 3

## CERTIFICATE OF SERVICE

I hereby certified on the 7th day of December, 2023, I electronically filed the foregoing Notice of Settlement of the court using the CM/ECF system, which will send a notice of electronic filing to the following counsel of record.

/s/ *R. Andrew Hutchinson*
R. Andrew Hutchinson, N.C. Bar# 46764